# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NOVELPOINT TRACKING, LLC, | § § § § § § | |
| Plaintiff, | | |
| v. | | |
| HONDA NORTH AMERICA, INC. | § § § | CASE NO. 2:13-CV-551<br>**LEAD CASE** |
| BMW NORTH AMERICA, LLC | § § | CASE NO. 2:13-CV-553 |
| SUBARU OF AMERICA, INC. | § § § | CASE NO. 2:13-CV-568 |
| TOYOTA MOTOR SALES, U.S.A., INC. | § § § | CASE NO. 2:13-CV-571 |
| CHRYSLER GROUP LLC | § | CASE NO. 2:13-CV-573 |

## ORDER

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3) and the local rules for the assignment of duties to United States magistrate judges, the Court hereby **REFERS** this consolidated action to the Honorable Roy S. Payne for all pretrial purposes.

**So ORDERED and SIGNED this 9th day of December, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE